STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone:  (415) 436-7164
     Facsimile:  (415) 436-7234
     jevechius.bernardoni@usdoj.gov

Attorneys for Defendant United States
Environmental Protection Agency

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ECOLOGICAL RIGHTS FOUNDATION, a non-profit corporation,<br><br>     Plaintiff,<br><br>   v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>     Defendant. | Case No. 4:18-cv-00394-DMR<br><br>**STIPULATION AND ORDER (AS MODIFIED) REGARDING SEPTEMBER 29, 2021 CASE MANAGEMENT CONFERENCE** |

WHEREAS, on July 16, 2021, the Court issued a minute order instructing the parties to meet and confer regarding Plaintiff's demand for attorney's fees and costs (ECF No. 117);

WHEREAS, the Court's July 16, 2021 minute order also set a case management conference for September 29, 2021, with an updated case management conference statement and status report regarding the issue of fees and costs due to the Court on September 22, 2021 (*id.*); and

1       WHEREAS, the parties have been negotiating the issue of attorney's fees and costs in good faith,

2  and are optimistic that they can reach a resolution of this issue without further Court intervention, but the

3  parties agree that an additional month would be helpful to conclude those negotiations.

4       NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to Court approval,

5  as follows:

6       1.      The case management conference currently scheduled for September 29, 2021 should be

7               continued until November 3, 2021 at 1:30 p.m. by Zoom video conference; and

8       2.      The parties shall submit an updated case management conference statement and status

9               report regarding the issue of fees and costs on or before October 27, 2021.

10  DATED:  September 21, 2021                     Respectfully submitted,

11

12                                                STEPHANIE M. HINDS
                                                  Acting United States Attorney

13                                                /s/ Jevechius D. Bernardoni*

14                                                JEVECHIUS D. BERNARDONI
                                                  Assistant United States Attorney

15                                                Attorneys for Defendant

16

17                                                /s/ Christopher Sproul

18                                                Christopher Sproul
                                                  Brian Orion

19                                                Stuart Wilcox
                                                  Environmental Advocates

20                                                5135 Anza Street
                                                  San Francisco, California 94121

21

22                                                Attorneys for Plaintiff

23  *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury
    that all signatories have concurred in the filing of this document.

24

25

26

27

28

STIPULATION & ORDER (AS MODIFIED) REGARDING SEPTEMBER 29, 2021 CASE MANAGEMENT CONFERENCE
Case No. 4:18-cv-00394-DMR

2

**ORDER (AS MODIFIED)**

Pursuant to the parties' stipulation, and GOOD CAUSE APPEARING, the case deadlines shall be continued as noted in the parties' stipulation (as modified).

IT IS SO ORDERED.

Dated:  September 22, 2021



THE HONORABLE DONNA M. RYU